UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re                                   :
                                        :
WORLDCOM, INC., A Georgia Corporation,  :
                                        :
         Debtor,                        :
                                        :   03 CIV. 9460 (DLC)
--------------------------------------- :
                                        :       ORDER
TWIN CITY FIRE INSURANCE COMPANY,       :
                                        :
         Appellant,                     :
                                        :
    -against-                           :
                                        :
WORLDCOM, INC., A Georgia Corporation,  :
ASSOCIATED ELECTRIC & GAS INSURANCE     :
SERVICES LIMITED, CONTINENTAL CASUALTY  :
COMPANY, GULF INSURANCE COMPANY, SR     :
INTERNATIONAL BUSINESS INSURANCE        :
COMPANY LIMITED, STARR EXCESS LIABILITY :
and INSURANCE INTERNATIONAL LIMITED,    :
                                        :
         Appellees.                     :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

DENISE COTE, District Judge:

    This case having been resolved, it is hereby

    ORDERED that the Clerk of Court shall close the case.

Dated:   New York, New York
         March 26, 2008

                                   _____
                                           DENISE COTE
                                   United States District Judge